IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:11CV00217 JMM |
| | ) | |
| MITZI PRINGLE | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

Before the Court is the United States' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) of the Federal Rules of Civil Procedure. The Clerk's Default is attached to the United States' Motion. The Clerk's Default is based upon affidavit by the Assistant U.S. Attorney setting forth sum certain.

JUDGMENT is entered herein in favor of plaintiff, United States of America, and against defendant, Mitzi Pringle, in the total sum of $223,469.55 principal of $204,779.43; administrative costs of $0.00; interest of $18,690.12 through November 15, 2010, at the rate of 3.50 % per annum until the date of judgment and from the date of judgment at the legal rate until fully paid; plus $290.00 filing fees; and $60.00 docket fees; and all other cost, if any.

Dated this 31st day of October, 2011.

                                                    _____
                                                    Honorable James M. Moody
                                                    United States District Judge

Case 4:11-cv-00217-JMM   Document 12   Filed 10/31/11   Page 2 of 2